UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEBRA ANN CARLON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 8:17-cv-00802-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. 27, "Stipulation"),

　　IT IS ORDERED that fees of $3,876.00, as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: September 12, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge